**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.09-cv-00446-DME-MJW

UNITED STATES OF AMERICA,

    Petitioner,

v.

ADAM C. HUDSON,

    Respondent.

**ORDER**

    Upon reviewing the United States of America's Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(I), the Court hereby

    ORDERS that the above-captioned case is dismissed, without prejudice.

    SO ORDERED this 21st day of April, 2009.

                                      BY THE COURT:

                                      *s/ David M. Ebel*

                                      United States Circuit Judge